**Appeal Dismissed and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00423-CV

**JOSE R VAZQUEZ, Appellant**

**V.**

**RENE FLORES, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1108504**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 5, 2018. Appellant's brief was due July 9, 2018. No brief or motion for extension of time to file the brief was filed.

On July 19, 2018, the court ordered appellant to filed a brief by August 20, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.